IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴍ D.C.

05 JUN -3 PM 4: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

CHRIS BURNETT                                    04cr20354-B

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant's counsel this day notified the Court that in the interest of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

It is therefore ORDERED that the time period of __6/2/05__ through __7/7/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO THURSDAY, JULY 7, 2005 AT 11:00 A.M. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

This __3__ day of __June__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-6-05__

(10)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CR-20354 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT