IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY_____D.C.

05 SEP -9 PM 4: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA

V.                              Cr. No. 04-20354-B

CHRIS BURNETT

### ORDER CONTINUING TRIAL AND SPECIFYING
### DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

At the request of counsel for the United States, the status hearing in this matter was continued from 08/04/05 to 10/06/05 to allow the defendant to make an appearance or to pay the remainder of the fine in this case. The ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

The Court finds that the grounds for this delay justify excluding the period of 08/04/05 to 10/06/05 as excludable delay under Title 18 U.S.C. § 3161(h)(8)(A).

The status hearing is RESET to **Thursday, October 6, 2005 at 11:00 a.m.** in Courtroom #6, Federal Building, 167 N. Main St., Memphis, Tennessee.

IT IS SO ORDERED this  09th  day of  September, 2005.

S/ Thomas Ander
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  09-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CR-20354 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kristen Coyne
US DEPARTMENT OF JUSTICE
5722 Integrity Dr.
Millington, TN 38054

Honorable J. Breen
US DISTRICT COURT