IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| UNITED STATES, | ) | |
|---|---|---|
| | ) | Criminal No. 04-20354-B |
| | ) | Citation No. _____ |
| Plaintiff | ) | |
| v. | ) | |
| CHRIS BURNETT | ) | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| Defendant | ) | |

Upon motion of the United States, the above-styled citation(s) are hereby DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES MAGISTRATE JUDGE

Entered this 6 day of October, 2005.


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CR-20354 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kristen Coyne
US DEPARTMENT OF JUSTICE
5722 Integrity Dr.
Millington, TN 38054

Honorable J. Breen
US DISTRICT COURT